DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ANDREA DEBATT,** as natural parent and guardian of **BRODY ROBBINS,** a minor,
Appellant,

v.

**RENT-A-CENTER EAST, INC.,** a foreign corporation; **CHRISTINE MURPHY,** an individual; and **CARL HOLT,** an individual,
Appellees.

No. 4D19-255

[December 19, 2019]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Okeechobee County; Laurie E. Buchanan, Judge; L.T. Case No. 15000098CAAXMX.

Jessie L. Harrell of The Harrell Firm, Jacksonville, for appellant.

Michelle E. Hardin, Alan Bulnes and Steven J. Mitchel of Mintzer, Sarowitz, Zeris, Ledva & Meyers, LLP, Tampa and Miami, for appellees Rent-A-Center East, Inc. and Carl Holt.

PER CURIAM.

*Affirmed.*

TAYLOR, CIKLIN and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***